IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MURTAZA ALI, )
 )
            Petitioner, )
 )
vs. ) No. CIV-11-831-C
 )
JANET DOWLING, Warden, )
 )
            Respondent. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on May 30, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, despite Petitioner having been granted two extensions of time in which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed as moot in part and denied in part. Petitioner's Motion for Summary Judgment (Dkt. No. 45) is denied, and Respondent's Motion to Dismiss Writ of Habeas Corpus (Dkt. No. 48) is granted. A judgment shall enter accordingly.

IT IS SO ORDERED this 21st day of August, 2014.

ROBIN J. CAUTHRON
United States District Judge